DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARLINE AMIACHE,**
Appellant,

v.

**MARLENE BLICK, PAULA CURMI, GEORGE DEBONIS,** and
**HAROLD SCHMIDT,**
Appellees.

No. 4D20-1897

[December 30, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2020-CA-003957-XXXX-MB.

E. Cole FitzGerald, III of E. Cole FitzGerald, III PLLC, Palm Beach, for appellant.

Selina P. Patel and Scott A. Cole of Cole, Scott & Kissane, P.A., Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., WARNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***